

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MIGUEL ESTRADA, | § | No. 08-15-00275-CR |
|  | § | Appeal from the |
| Appellant, | | |
|  | § | 34th District Court |
| v. | | |
|  | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | |
|  | § | (TC# 20140D03119) |
| State. | | |
|  | § | |

## **O R D E R**

Appellant's Pro Se Motion for Access to Appellate Record is GRANTED. The Court is hereby providing a CD containing the clerk's record 1 volume, and the reporter's record 6 of 7 volumes (volume 7 of 7 is an exhibit volume and it is not included). The CD is being provided to the Senior Warden, of the Ellis Unit, 1697 FM 980, Huntsville, Texas, 77343, for use by the Appellant, Miguel Estrada, # 02017254, under the supervision of said Senior Warden and/or designated custodian of records. The CD does not need to be returned to the Court.

Further, the Court's GRANTS, the Appellant's Pro Se Motion for Extension of Time to File Pro Se Brief until **July 14, 2016**.

IT IS SO ORDERED this 14th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.